Kirk D. Miller
*Kirk D. Miller, P.S.*
211 E. Sprague Ave.
Spokane, WA 99202
(509) 413-1494
kmiller@millerlawspokane.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WARREN SPANGENBERG<br><br>Plaintiff,<br><br>v.<br><br>KIRKLAND LAW GROUP, LLC, a Washington Corporation,<br><br>Defendant. | Case No.: CV-13-151-LRS<br><br>JUDGMENT |

  Judgment is hereby entered against Defendant KIRKLAND LAW GROUP, LLC, a Washington Corporation for damages in the total amount of ONE THOUSAND FIVE-HUNDRED ONE DOLLARS ($1,501.00).  Furthermore, the Court enters judgment against Defendant KIRKLAND LAW GROUP, LLC, a Washington Corporation, for reasonable attorney's fees and costs in an amount to be determined by agreement of the parties or by the Court upon motion of the

JUDGMENT  -1

Plaintiff.  The Court shall retain jurisdiction to determine reasonable attorney's fees and costs in connection with the claims alleged in the herein matter.

It is so ORDERED this 21st day of June, 2013

*s/Lonny R. Suko*
_____
Lonny R. Suko
United States District Judge

Presented by:

*KIRK D. MILLER, P.S.*

 /s Kirk Miller
Kirk D. Miller
WSBA # 40025
211 E. Sprague Ave.
Spokane, WA 99202
Telephone:  (509) 413-1494
kmiller@millerlawspokane.com
Attorney for Plaintiff

JUDGMENT  -2

KIRK D. MILLER P.S.
211 E. Sprague Ave.
Spokane Washington 99202
(509) 413-1494